THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0232-JCC |
| Plaintiff, | ORDER |
| v. | |
| CHARLES CROTEAU, | |
| Defendant. | |

This matter comes before the Court on Defendant's second motion to modify his conditions of release (Dkt. No. 59). Defendant was charged with conspiracy to distribute heroin and methamphetamine, possession of heroin and methamphetamine with intent to distribute, and possession of methamphetamine with intent to distribute. (*See generally* Dkt. No. 1.) On November 20, 2019, Defendant appeared before the Honorable Michelle L. Peterson, United States Magistrate Judge, and was released on an appearance bond containing several special conditions, including "Travel is restricted to Western District of Washington, or as directed by Pretrial Services." (*See* Dkt. Nos. 24, 25.)

Defendant now moves to modify his conditions of pretrial release so that he can "take a position on a fishing expedition to Alaska for approximately two months." (Dkt. No. 59 at 1.) Defendant states that this expedition will provide him "with clean and sober housing as well as employment through the summer." (*Id.* at 2.) The Government and the Probation Office do not

support the requested bond modification, primarily because Defendant would be unable to participate in recommended intensive outpatient treatment for substance abuse and Probation would be unable to monitor Defendant's compliance with the prohibition on his use of controlled substances for the duration of the expedition. (*See generally* Dkt. No. 61.)

While the Court commends Defendant's engagement with his substance abuse treatment and his efforts to obtain gainful employment while on pretrial release, the Court finds that modification of the bond condition to allow sustained travel outside of the Western District is not appropriate. Accordingly, Defendant's motion to modify his conditions of release (Dkt. No. 59) is DENIED.

DATED this 4th day of June 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE