THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES CROTEAU,<br><br>　　　　　Defendant. | CASE NO. CR19-0232-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to allow for post-sentencing travel (Dkt. No. 138.) Defendant seeks permission to travel to Alaska to crew on Matthew Dohner's commercial fishing vessel, with Mr. Dohner serving as Defendant's third-party custodian. (*Id.* at 1.) Finding good cause, the motion is GRANTED.

Defendant may travel to Alaska to crew on Mr. Dohner's vessel and can depart following his sentencing hearing, presently scheduled for June 23, 2021. (*See* Dkt. Nos. 138, 138-1 at 1–2.) This authorization is limited to the circumstances described above and will terminate upon the earlier of the vessel's return to Seattle or August 28, 2021, the anticipated completion date of the fishing trip. If an extension is required to accommodate the needs of the fishing trip, Defendant must so move. All other conditions of release remain in effect.

//

//

ORDER
CR19-0232-JCC
PAGE - 1

DATED this 7th day of June 2021.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0232-JCC
PAGE - 2