THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>CHARLES CROTEAU,<br><br>          Defendant. | CASE NO. CR19-0232-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to maintain under seal his sentencing memorandum and certain exhibits to the memorandum (Dkt. No. 152). Having thoroughly considered Defendant's briefing and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

Defendant's sentencing memorandum and exhibits 1 and 2 to the memorandum contain sensitive personal information that cannot be redacted. (*See* Dkt. Nos. 153, 153-1, 153-2.) "There is a strong presumption of public access to the court's files." W.D. Wash. Local Civ. R. 5(g). To overcome that presumption, a party must show "good cause" for sealing a document attached to a non-dispositive motion and "compelling reasons" to seal a document attached to a dispositive motion. *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-81 (9th Cir. 2006). The Court need not decide whether Defendant's sentencing memorandum is a dispositive motion because the Court FINDS that Defendant has a compelling interest in maintaining this

information under seal and that interest outweighs the public's interest in its disclosure. *See Karpenski v. Am. Gen. Life Cos., LLC*, 2013 WL 5588312, slip. op. at 1 (W.D. Wash. 2013).

For the foregoing reasons, the Court GRANTS the motion (Dkt. No. 152) and DIRECTS the Clerk to maintain Docket Numbers 153, 153-1, and 153-2 under seal. The Court further DIRECTS the Clerk to unseal Docket Number 153-3.

DATED this 6th day of July 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE