THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0232-JCC |
| Plaintiff, | ORDER |
| v. | |
| CHARLES CROTEAU, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed Motion for Entry of a Final Order of Forfeiture (Dkt. No. 160) seeking to forfeit, to the United States, Defendant Charles Croteau's interest in the following property:

1. Approximately $6,600.00 in U.S. currency seized on or about February 1, 2019; and

2. Approximately $20,944.01 in U.S. currency seized on or about February 1, 2019.

The Court, having reviewed the Government's motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On May 10, 2021, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it, (Dkt. No. 130);

- The United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), (Dkt. No. 81), and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) in connection with the sentencing of Defendant Jason Doherty, (Dkt. Nos. 81, 123, 123-1); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.      No right, title, or interest in the above-identified property exists in any party other than the United States;

2.      The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3.      The United States Department of Justice, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

DATED this 23rd day of July 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE