THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES CROTEAU,<br><br>　　　　Defendant. | No. CR19-232-JCC-2<br><br>(~~PROPOSED~~) ORDER FOR TERMINATION OF SUPERVISED RELEASE |

THE COURT has considered Charles Croteau's motion to terminate his remaining period of supervised release, the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Mr. Croteau's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 10th day of June 2025.

*[signature: John C. Coughenour]*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
First Assistant Defender
Attorney for Charles Croteau

ORDER FOR TERMINATION OF SUPERVISED RELEASE
(*United States v. Croteau*, No. CR19-232-JCC-2) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100